```
                                      United States Bankruptcy Court
                                        Northern District of Ohio
In re:                                                                         Case No. 18-52093-amk
Lakisha A. Barclay                                                             Chapter 7
         Debtor                            CERTIFICATE OF NOTICE
District/off: 0647-5            User: admin                  Page 1 of 2                   Date Rcvd: Sep 05, 2018
                                Form ID: 309A                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db             +Lakisha A. Barclay,    252 Grayling Drive,    Akron, OH 44333-2865
25628033        Akron General,    Partners Physician Group,    Dept 781702,    Detroit, MI 48278-1702
25628041       +Citibank/HomeDepot,    Centralized Bankruptcy,    PO BOX 790034,    Saint Louis, MO 63179-0034
25628042        Cleveland Clinic Akron General,    PO BOX 13361,    Fairlawn, OH 44334-8761
25628044        Crystal Clinic Ortho Center,    PO BOX 72434,    Cleveland, OH 44192-0002
25628046       +Fair Collections & Outsourcing,    Attn: Bankruptcy Dept,    12304 Baltimore Ave Suite E,
                 Beltsville, MD 20705-1314
25628048       +National Service Bureau, Inc,    Attn: Bankruptcy,    18912 North Creek Pkwy, Suite 205,
                 Bothell, WA 98011-8016
25628050        Summa Health,    PO Box 3540,    Akron, OH 44309-3540
25628051        Summit Pathology Assoc Inc,    30701 Lorain Rd STE A,    North Olmsted, OH 44070-6325
25628052       +Suntrust Bank/GreenSky,    Attn: Bankruptcy,    Po Box 29429,    Atlanta, GA 30359-0429
25628054       +Team Recovery,    Attn: Bankruptcy,    Po Box 1643,    Stow, OH 44224-0643
25628055       +Tyrone Barclay,    473 Rhodes Ave,    Akron, OH 44307-2148
25628057        Westgate Vacation Villas,    c/o Greenspoon Marder LLP,    Capital Plaza I,
                 201 East Pine Street, Suite 500,    Orlando, FL 32801-2718
25628058       +Westgate Vacation Villas, LLC,    Central Florida Investments, Inc,    5601 Windhover Dr.,
                 Orlando, FL 32819-7905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: info@billicopeland.com Sep 05 2018 22:37:18      Billi F. Copeland,
                 282 Ashford Drive,    Akron, OH   44321
tr             +E-mail/Text: mgertz@iq7technology.com Sep 05 2018 22:40:58      Marc P. Gertz,
                 Goldman-Rosen, Ltd.,    11 S Forge Street,    Akron, OH 44304-1336
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Sep 05 2018 22:38:11      Cynthia J. Thayer,
                 US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
25628034       +EDI: GMACFS.COM Sep 06 2018 02:08:00      Ally Financial,    Attn: Bankruptcy,    Po Box 380901,
                 Bloomington, MN 55438-0901
25628035        EDI: BANKAMER.COM Sep 06 2018 02:09:00      Bank of America,    ATTN: Bankruptcy,    PO Box 982238,
                 El Paso, TX 79998
25628036       +EDI: CAPITALONE.COM Sep 06 2018 02:08:00      Capital One,    Attn: General Correspondence/Bankru,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
25628037       +EDI: CAPITALONE.COM Sep 06 2018 02:08:00      Capital One Services, LLC,    PO BOX 30285,
                 ATTN: Bankruptcy,    Salt Lake City, UT 84130-0285
25628038       +EDI: CAPITALONE.COM Sep 06 2018 02:08:00      Capital One Services, LLC,    PO BOX 30285,
                 Salt Lake City, UT 84130-0285
25628039       +E-mail/Text: kcathey@cbscinc.com Sep 05 2018 22:40:56      Centralized Business Solutions, Inc,
                 Attn: Bankruptcy,    PO BOX 2818,    North Canton, OH 44720-0818
25628040       +EDI: CHRM.COM Sep 06 2018 02:09:00      Chrysler Capital,    PO BOX 961275,
                 Fort Worth, TX 76161-0275
25628043       +EDI: WFNNB.COM Sep 06 2018 02:08:00      ComenityBank/NewYork,    Attn: Bankruptcy Dept,
                 PO BOX 182125,    Columbus, OH 43218-2125
25628045       +EDI: NAVIENTFKASMDOE.COM Sep 06 2018 02:09:00      Dept of Ed/Navient,    Attn: Claims Dept,
                 Po Box 9635,    Wilkes Barre, PA 18773-9635
25628047        EDI: IRS.COM Sep 06 2018 02:09:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
25628049       +EDI: DRIV.COM Sep 06 2018 02:08:00      Santander Consumer USA,    5201 Rufe Snow Drive,
                 Suite 400,    North Richland Hills, TX 76180-6036
25628053       +EDI: RMSC.COM Sep 06 2018 02:09:00      Synchrony Bank,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
25628056       +E-mail/Text: EBankruptcy@UCFS.NET Sep 05 2018 22:41:14      United Consumer Financial,
                 865 Bassett Rd,    Westlake, OH 44145-1194
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 07, 2018                           Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2018 at the address(es) listed below:
      Billi F. Copeland　　on behalf of Debtor Lakisha A. Barclay info@billicopeland.com, attorneycopeland@me.com;copelandkingbr40030@notify.bestcase.com
      Marc P. Gertz　　mpgertz@goldman-rosen.com, debm@goldman-rosen.com;mgertz@iq7technology.com
                                                                              TOTAL: 2

| Information to identify the case: | | | | Social Security number or ITIN | xxx–xx–6977 |
|---|---|---|---|---|---|
| Debtor 1 | **Lakisha A. Barclay** | | | EIN | _ _–_ _ _ _ _ _ _ |
| | First Name  Middle Name  Last Name | | | Social Security number or ITIN | _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Ohio** | | | Date case filed for chapter | **7  8/30/18** |
| Case number: | **18–52093–amk** | | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Lakisha A. Barclay | | |
| 2. | **All other names used in the last 8 years** | aka Lakisha A Mosley | | |
| 3. | **Address** | 252 Grayling Drive<br>Akron, OH 44333 | | |
| 4. | **Debtor's attorney**<br>Name and address | Billi F. Copeland<br>282 Ashford Drive<br>Akron, OH 44321 | | Contact phone 330–990–4911<br>Email: info@billicopeland.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marc P. Gertz<br>Goldman–Rosen, Ltd.<br>11 S Forge Street<br>Akron, OH 44304 | | Contact phone (330)376–8336<br>Email: mpgertz@goldman–rosen.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

| 6. | **Bankruptcy clerk's office** | 455 John F. Seiberling Federal Building | Hours open 9:00 AM – 4:00 PM |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. www.ohnb.uscourts.gov. | US Courthouse 2 South Main Street Akron, OH 44308 | Contact phone 330–252–6100 Date: 9/5/18 |

| 7. | **Meeting of creditors** | **October 22, 2018 at 02:00 PM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required ***<br>*** Proof of Social Security Number required *** | **John F. Seiberling U.S. Courthouse, Suite B3–61, 2 South Main Street, Akron, OH 44308** |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 12/21/18** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **2**