## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF,<br>LAKISHA BARCLAY,<br>DEBTOR. | BK 18-52093<br><br>CHAPTER 13<br><br>JUDGE ALAN M. KOSCHIK |

### NOTICE OF AMENDED SCHEDULES AND FILING OF CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that this motion filed by the Debtor(s) concerns your interest in the above-described Property and is related to the Chapter 13 Plan being proposed by the Debtor(s), a copy of which is included.

Your rights may be affected. You should read the motion or application and the accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to approve the proposed treatment of your claim, or if you want the court to consider your views on the motion, then you or your attorney must file an Objection to Confirmation of Chapter 13 Plan not later than 7 days before the confirmation hearing date, or 21 days after the filing of this motion, whichever is later. Your objection will be considered at the confirmation hearing.

If you or your attorney do not file a timely objection, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief requested by the Debtor(s). The determination made in such an order will supersede any security interest stated in a proof of claim that you have filed or will file.

If you do not want the court to grant the relief sought in the Objection, or if you want the court to consider your views on the Objection, then on or before **March 19, 2019**, you or your attorney must file with the court a written request for a hearing or if the Court requires a written response, an answer, explaining your position at:

Clerk of the Court
United States Bankruptcy Court
2 South Main St
Akron, OH 44038

If you mail your request/response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to:

Billi Copeland King, #0083422
282 Ashford Dr.
Akron, OH 44321-3156

Office of the US Trustee
Keith L. Rucinski
One Cascade Plaza, Suite 2020
Akron, OH 44308

Dated: 02.26.19     By:/s/Billi Copeland King
Billi Copeland King, #0083422
282 Ashford Dr.
Akron, OH 44321-3156
(330-990-4911 Phone
info@billicopelandking.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

**THE UNDERSIGNED HEREBY** certifies on February 26, 2019, a copy of the First Amended Schedules and Filing of Chapter 13 Plan was mailed to all creditors, parties in interest and those requesting notice by regular United States mail, postage prepaid. The parties to whom notice was mailed are listed below.

18-52093-amk Notice will be electronically mailed to the U.S. Trustee, and:

Billi F. Copeland on behalf of Debtor Lakisha A. Barclay
info@billicopeland.com, attorneycopeland@me.com;copelandkingbr40030@notify.bestcase.com

Marc P. Gertz
mpgertz@dayketterer.com, dmichna@dayketterer.com;mgertz@iq7technology.com

Marc P. Gertz on behalf of Trustee Marc P. Gertz
mpgertz@dayketterer.com, dmichna@dayketterer.com;mgertz@iq7technology.com

Chrysostomos E. Manolis on behalf of Creditor Carrington Mortgage Services LLC
cmanolis@logs.com

Scott R. Belhorn ust35 on behalf of Plaintiff Daniel M. McDermott, United States Trustee for Region 9
Scott.R.Belhorn@usdoj.gov

By Certified Mail:

**Ally Financial Inc.**
**Secretary Jeffrey A. Belisle**
Ally Detroit Center
500 Woodward Ave
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

In re:                                          )        Case No.   **18-52093**
                                                )
        Lakisha A Barclay                   )        Chapter    **7**

CERTIFICATE OF SERVICE

I certify that on **February  26, 2019** , a true and correct copy of the Amended Schedules and **Chapter 13** was served:

Via the U.S. Mail on these entities and individuals who are listed on the court's Electronic Mail Notice List:

| | | |
|---|---|---|
| **Akron General**<br>**Partners Physician Group**<br>**Dept 781702**<br>**Detroit, MI 48278-1702** | **National Service Bureau, Inc**<br>**Attn: Bankruptcy**<br>**18912 North Creek Pkwy, Suite 205**<br>**Bothell, WA 98011** | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** |
| **Ally Financial**<br>**Attn: Bankruptcy**<br>**PO Box 380901**<br>**Bloomington, MN 55438** | **Santander Consumer USA**<br>**5201 Rufe Snow Drive**<br>**Suite 400**<br>**North Richland Hills, TX 76180** | **Westgate Vacation Villas, LLC**<br>**Central Florida Investments, Inc**<br>**5601 Windhover Dr.**<br>**Orlando, FL 32819** |
| **Bank of America**<br>**ATTN: Bankruptcy**<br>**PO Box 982238**<br>**El Paso, TX 79998** | **Summa Health**<br>**PO Box 3540**<br>**Akron, OH 44309-3540** | **Mariner Finance-hami**<br>**8211 Town Center Dr**<br>**Nottingham, MD 21236** |
| **Capital One Bank (USA), N.A.**<br>**PO BOX 71083**<br>**Charlotte, NC 28272-1083** | **Summit Pathology Assoc Inc**<br>**30701 Lorain Rd STE A**<br>**North Olmsted, OH 44070-6325** | **Fair Collections & Outsourcing**<br>**Attn: Bankruptcy Dept**<br>**12304 Baltimore Ave Suite E**<br>**Beltsville, MD 20705** |
| **Centralized Business Solutions, Inc**<br>**Attn: Bankruptcy**<br>**PO BOX 2818**<br>**North Canton, OH 44720** | **Suntrust Bank/GreenSky**<br>**Attn: Bankruptcy**<br>**Po Box 29429**<br>**Atlanta, GA 30359** | **Dept of Ed/Navient**<br>**Attn: Claims Dept**<br>**Po Box 9635**<br>**Wilkes Barre, PA 18773** |
| **Chrysler Capital**<br>**PO BOX 961275**<br>**Fort Worth, TX 76161** | **Synchrony Bank**<br>**Attn: Bankruptcy**<br>**Po Box 965060**<br>**Orlando, FL 32896** | **Crystal Clinic Ortho Center**<br>**PO BOX 72434**<br>**Cleveland, OH 44192-0002** |
| **Citibank/HomeDepot**<br>**Centralized Bankruptcy**<br>**PO BOX 790034**<br>**Saint Louis, MO 63179** | **Crystal Clinic Ortho Center**<br>**PO BOX 72434**<br>**Cleveland, OH 44192-0002** | **Cleveland Clinic Akron General**<br>**PO BOX 13361**<br>**Fairlawn, OH 44334-8761** |
| **Cleveland Clinic Akron General**<br>**PO BOX 13361**<br>**Fairlawn, OH 44334-8761** | **Team Recovery**<br>**Attn: Bankruptcy**<br>**Po Box 1643**<br>**Stow, OH 44224** | **Quantum3 Group LLC,**<br>**for ComenityBank**<br>**Attn: Bankruptcy Dept**<br>**PO BOX 788**<br>**Kirkland, WA 98083-0788** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**United Consumer Financial**
**865 Bassett Rd**
**Westlake, OH 44145**

**/s/ Billi Copeland King**
**Billi Copeland King 0083422**
**Billi Copeland King, Law Office**
**282 Ashford Dr.**
**Akron, OH 44321**
**330-990-4911**
**info@billicopeland.com**